UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

<u>Alexandria Division</u>

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JESUS E. GONZALEZ, | ) | Case No. 09-16241-SSM |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| ONEWEST BANK FSB | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JESUS E. GONZALEZ, | ) | |
| | ) | |
| Debtor)/Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GORDON P. PEYTON | ) | |
| | ) | |
| Chapter 7 Trustee | ) | |

<u>ANSWER OF GORDON P. PEYTON, TRUSTEE</u>

COMES NOW Gordon P. Peyton, Trustee, and in response to the Motion for Relief from Stay filed herein states as follows:

1. Based upon the information contained in the Statement of Affairs and Schedules and the testimony at the Section 341 hearing to be held on the 11th day of September, 2009, your Trustee will determine if the property that is the subject matter of this Motion for Relief from Stay is of any value to the estate.

Gordon P. Peyton
Trustee in Bankruptcy
Virginia State Bar #5155

WHEREFORE, Gordon P. Peyton, Trustee prays that no action be taken herein until after

the §341 hearing on September 11, 2009.

                                        GORDON P. PEYTON
                                        Trustee in Bankruptcy

/s/ Gordon P. Peyton
Gordon P. Peyton
P.O. Box 25456
Alexandria, VA 22313-5456
(703) 684-2000
Virginia State Bar #5155
Trustee in Bankruptcy

## CERTIFICATE OF SERVICE

      I, Gordon P. Peyton, do hereby certify that on this 12th day of August, 2009 a true copy of the foregoing Answer was submitted for electronic transmittal to Dan. D. Park, Counsel for Debtors and Stephen B. Wood, Counsel for the Movant.

                                        /s/ Gordon P. Peyton
                                        Gordon P. Peyton